Giovanni Orantes, Esq. 190060
ORANTES LAW FIRM
3435 Wilshire Blvd. – Ste. 2924
Los Angeles, CA 90010
Tel: 888-619-8222
Fax: 877-789-5776

Proposed General Insolvency Counsel for
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>REAL ESTATE SHORT SALES, INC.,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 1:16-BK-113874-MT<br><br>Chapter 11 Proceeding<br><br>**OPPOSITION TO MOTION UNDER 11 U.S.C. § 1112(b) TO CONVERT OR DISMISS CASE WITH AN ORDER DIRECTING PAYMENT OF QUARTERLY FEES AND FOR JUDGMENT THEREON**<br><br><u>HEARING DATE</u><br>DATE:   June 9, 2016<br>TIME:   9:30 A.M.<br>PLACE:  Courtroom 302<br>         United States Bankruptcy Court<br>         21041 Burbank Blvd.<br>         Woodland Hills, CA 91367 |

TO THE HONORABLE MAUREEN TIGHE, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES IN INTEREST:

Real Estate Short Sales, Inc., the Debtor and Debtor-In-Possession( the "Debtor") hereby files its opposition to the Motion Under U.S.C. § 1112(b) to Convert or Dismiss Case with an Order Directing Payment of Quarterly Fees and for Judgment Thereon.

The Office of the United States Trustee ("UST") has filed a motion to dismiss or convert this case because the Debtor had not submitted certain items. Immediately below, the Debtor reproduces the list of documents mentioned in the UST's Motion and its status:

| Item | Status |
|---|---|
| 1. To date, no the Debtor has not filed all of its schedules and statements | The Debtor requested and received an extension until June 3, 2016 to file its schedules and statements. The Debtor is working on completing such schedules and statements and hopes to have them done soon; unfortunately, both of the Debtor's principals have not had much time to dedicate to the foregoing as Mr. Julio Molica is suffering from a knee condition requiring surgery and his wife, the Debtor's president, Nancy Cuevas, has been having to support him. He was scheduled for surgery at the Foot & Ankle Specialty Group, which was postponed to May 31st and has caused further delays. The foregoing has kept them from being able to provide the Orantes Law Firm the information. At this time, we will provide to the Office of the United States Trustee Program the information and documents as we get it. |

| | | |
|---|---|---|
| 1<br>2 | 2. A Notice of Setting/Increasing Insider Compensation | The Debtor does not currently anticipate filing or being required to file such a notice. |
| 3<br>4<br>5 | 3. Real Property Questionnaire(s) | The Debtor will provide such document as soon as possible, but before the hearing on this Motion to Dismiss. |
| 6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17 | 4. Sufficient evidence of closing of pre-petition bank accounts including: (1) closing bank statements; and (2) a declaration, sworn under penalty of perjury, disclosing all pre-petition bank accounts, including the name and address of the bank, the account number, the date the account was closed and the amount in the account at time of closing. | The Debtor will provide such document as soon as possible, but before the hearing on this Motion to Dismiss. |
| 18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26 | 5. Sufficient evidence of opening and maintenance of debtor-in-possession bank accounts (general, payroll and tax) including: (1) a voided original "debtor- in-possession" check for each account and; (2) a copy of the signature card for each account. | The Debtor will provide such document as soon as possible, but before the hearing on this Motion to Dismiss. |

27
28

-3-

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | 6. Sufficient evidence of current vehicle insurance coverage including: an insurance declaration page for each policy and a declaration stating that the debtor has all applicable customary insurance required to operate. | The Debtor will provide such documents as soon as possible, but before the hearing on this Motion to Dismiss. |
| 9<br>10 | 7. Proof of required certificates and/or applicable licenses. | The Debtor is not aware that it requires any licenses or certificates. |
| 11<br>12<br>13 | 8. A list of insiders as defined at 11 U.S.C. § 101(31) | The Debtor will provide such list as soon as possible, but before the hearing on this Motion to Dismiss. |
| 14<br>15<br>16 | 9. Most recently prepared audited and/or unaudited financial statements issued prior to filing. | None. |
| 17<br>18<br>19 | 10. A projected cash flow statement for the first ninety days of operation under chapter 11. | The Debtor will provide such document as soon as possible, but before the hearing on this Motion to Dismiss. |
| 20<br>21<br>22 | 11. Copies of trust agreements to which the Debtor is a party or under which property is held. | The Debtor will provide such document(s), if any, as soon as possible, but before the hearing on this Motion to Dismiss. |
| 23<br>24<br>25<br>26<br>27<br>28 | 12. Conformed copies of recorded petition in each county in which real property is owned. | The petition was already recorded and appears as such in the records of the County Recorder. The Debtor will provide a copy of such recorded petition or of proof of recording a petition as soon as possible, but before the hearing on this Motion to Dismiss. |

| | | |
|---|---|---|
| 1<br>2<br>3 | 13. A physical inventory as of the date of the filing of the petition. | The Debtor will provide such document as soon as possible, but before the hearing on this Motion to Dismiss. |
| 4<br>5<br>6 | 14. A Statement of Major Issues and Timetable Report. | The Debtor will provide such document as soon as possible, but before the hearing on this Motion to Dismiss. |
| 7<br>8<br>9<br>10 | 15. Copies of the preceding three years of state and federal income tax returns and the most recent payroll and sales tax returns. | The Debtor will provide such documents as soon as possible, but before the hearing on this Motion to Dismiss. |

The Court should not dismiss this case as the delay in submitting the items requested by the Trustee was not caused by lack of diligence or disrespect. The Debtor's principals have simply been too sick in the days leading up to the hearing on this Motion as described in item 1 above, but anticipate completing the required steps before the hearing on this motion to dismiss.

Based upon the foregoing, the Debtor respectfully requests that this Court not dismiss this case.

DATED: June 2, 2016

By: _____
Giovanni Orantes, Esq.
[Proposed] General Insolvency Counsel for
Debtor and Debtor-in-Possession

-5-

| In re: | CHAPTER: **11** |
|---|---|
| **Real Estate Short Sales, Inc.** Debtor(s). | CASE NUMBER: **1:16-bk-11387-MT** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3435 Wilshire Blvd., Suite 2920
Los Angeles, CA 90010

A true and correct copy of the foregoing document entitled (*specify*):  OPPOSITION TO MOTION UNDER 11 U.S.C. § 1112(B)TO CONVERT OR DISMISS CASE WITH AN ORDER DIRECTING PAYMENT OF QUARTERLY FEES AND FOR JUDGMENT THEREON  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **06/02/2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV): kate.bunker@usdoj.gov
Giovanni Orantes on behalf of Debtor Real Estate Short Sales Inc: go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com
Kelly M Raftery on behalf of Creditor U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-HY3: bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
United States Trustee (SV): ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On ____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 2, 2016 | Kristy Lozoya | /s/ Kristy Lozoya |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                  **9013-3.1.PROOF.SERVICE**