Giovanni Orantes, Esq. 190060
ORANTES LAW FIRM
3435 Wilshire Blvd. – Ste. 2924
Los Angeles, CA 90010
Tel: 888-619-8222
Fax: 877-789-5776

Proposed General Insolvency Counsel for
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>REAL ESTATE SHORT SALES, INC.,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 1:16-BK-113874-MT<br><br>Chapter 11 Proceeding<br><br>**DECLARATION OF KRISTY LOZOYA IN SUPPORT OF OPPOSITION TO MOTION UNDER 11 U.S.C. § 1112(b) TO CONVERT OR DISMISS CASE WITH AN ORDER DIRECTING PAYMENT OF QUARTERLY FEES AND FOR JUDGMENT THEREON**<br><br><u>HEARING DATE</u><br>DATE:  June 16, 2016<br>TIME:  9:30 A.M.<br>PLACE: Courtroom 302<br>         United States Bankruptcy Court<br>         21041 Burbank Blvd.<br>         Woodland Hills, CA 91367 |

oPPOSITION TO MOTION TO DISMISS

## DECLARATION OF KRISTY LOZOYA

I, Kristy Lozoya, hereby declare and state as follows:

1. I am over 18 years of age and an employee of The Orantes Law Firm. Except when based on information and belief, I make this declaration based on facts within my personal knowledge and if called as a witness, could and would testify thereto.

2. This declaration is in support of the Opposition To Motion Under 11 U.S.C. § 1112(b)To Convert Or Dismiss Case With An Order Directing Payment Of Quarterly Fees And For Judgment Thereon (the "Opposition").

3. On June 15, 2016, I spoke with a representative from State Farm Insurance regarding the Debtor's insurance Policy. Unfortunately, according to the representative they cannot issue any policies to the corporation when the mortgage of the property is under an individual's name.

4. I am informed and believe that the Debtor, through Nancy Cueva, has been persistently trying to resolve this issue and will provide the new policy as soon as possible. I know this because I have been speaking by telephone with her every day since the last hearing on the aforementioned motion on June 11, 2016 regarding every issue highlighted by U.S. Trustee Analyst Maria Marquez in her email of June 10, 2016, including the identity of the beneficiary of the real property insurance policy.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 16th day of June, 2016, at Los Angeles County, California.

_____
Kristy Lozoya, Declarant

| In re: Real Estate Short Sales, Inc. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:16-bk-11387-MT |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3435 Wilshire Blvd., Suite 2920
Los Angeles, CA 90010

A true and correct copy of the foregoing document entitled (*specify*): **Declaration of Kristy Lozoya in Support of Opposition to Motion Under 11 U.S.C. 1112(b) to Convert or Dismiss Case with an Order Directing Payment of Quarterly Fees and for Judgment Thereon** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **06/16/2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV): kate.bunker@usdoj.gov
Giovanni Orantes on behalf of Debtor Real Estate Short Sales Inc: go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com
Kelly M Raftery on behalf of Creditor U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-HY3: bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
United States Trustee (SV): ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **June 16, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Chambers of the Honorable Judge Maureen Tighe-21041 Burbank Boulevard, Suite 324 / Courtroom 302
Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 16, 2016 | Kristy Lozoya | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**9013-3.1.PROOF.SERVICE**