Giovanni Orantes – State Bar No. 190060
**THE ORANTES LAW FIRM, P.C.**
3435 Wilshire Blvd. Suite 2920
Los Angeles, CA 90010
Telephone: (213) 389-4362
Facsimile: (877) 789-5776
go@gobklaw.com

[Proposed] General Insolvency Counsel for Debtor
and Debtor-In-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>REAL ESTATE SHORT SALES, INC,<br><br>          Debtor and Debtor-in-Possession. | Case No. 1:16-bk-11387-GM<br><br>Chapter 11<br><br>**DEBTOR'S CHAPTER 11 STATUS REPORT**<br><br>**STATUS REPORT**<br>Date: July 28, 2016<br>Time: 09:30 A.M.<br>Place: Ctrm: 303<br>       21041 Burbank Blvd.,<br>       Woodland Hills, CA 91367 |

TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL OTHER PARTIES IN INTEREST:

Pursuant to this Court's "Order Setting Scheduling and Case Management Conference and Filing of Monthly Reports" entered on May 31, 2016 (the "Status Conference Order"), Real Estate Short Sales Inc, the Debtor and Debtor-In-Possession in the above entitled Chapter 11 Case (the "Debtor"), hereby submits its Status Report regarding the status of its Chapter 11 bankruptcy case as follows:

**A.    BRIEF DESCRIPTION OF THE DEBTOR'S BUSINESS, IF ANY, AND THE PRINCIPAL ASSETS AND LIABILITIES OF THE ESTATE**

The Real Estate Short Sales, Inc. is the owner of two real properties locates at 10351 Oklahoma Avenue Chatsworth, CA 91311 ("Chatsworth Property") and 625 S. Berendo Avenue Unit 613 Los Angeles, CA 90005 ("Berendo Property"). The debtor aquired the Chatsworth Property on or about January 18, 2007 and the Berendo Proeprty on or about March 7, 2007. At the onset of the recent depression, the Debtor filed for protection under Chapter 11 of the Bankruptcy Code and confirmed a plan of reorganization paying a 100% dividend to unsecured creditors. Unfortunately, circumstances beyond the Debtor's control resulted in a recent default in the payment of the mortgage secured by one of the two real property assets held by the Debtor. At this point, the Debtor intends to reorganize its affairs to retain its rental properties and sell its biggest real estate asset (Chatsworth).

**B.    BRIEF ANSWERS TO THE FOLLOWING QUESTIONS:**

    **i.    What precipitated the bankruptcy filing?**

The Debtor's financial difficulties commenced in approximately December 9, 2011, subsequent to a confirmed chapter 11 plan regarding case number 1:08-bk-13229-GM. The debtor's principal Nancy Cueva encountered a major family emergency and inquired with Chase Bank ("Chase Bank") to reduce the monthly mortgage payment, based on debtors hardship. Chase Bank agreed to the request and approved it in writing. On or about March 25, 2013, Chase Bank filed a Notice of Default in breach of its agreement. After recognizing their mistake, Chase Bank

Case 1:16-bk-11387-GM    Doc 46    Filed 07/14/16    Entered 07/14/16 18:23:07    Desc
Main Document    Page 3 of 10

filed a Relase of Lis Pendens recinding the Notice of Dafault and transferred the loan to Select Portfolio Servicing, Inc., ("SPS") effective August 1, 2013. SPS began rejecting payments after November 2014, resulting in a lawsuit against the mortgagee in Federal Court, which led to a Motion to Strike Part of the Complaint and Motion for Summary Judgment and SPS moved forward with the foreclosure. Debtor had no alternative option, than to seek protection under chapter 11 of the bankruptcy code.

      ii.      **What does the debtor hope to accomplish in this chapter 11 case? Does the Debtor anticipate this will be a reorganization or liquidation?**

This will be reorganization. The Debtor will retain a rental property and either retain or sell a second property.

      iii.      **What are the principal disputes or problems to be resolved?**

The Debtor appears to have a right to proceeds of insurance, which must be recovered amicably or through litigation. Otherwise, the Debtor's straight forward..

      iv.      **What is the best method to resolve those disputes or problems expeditiously and cost-effectively?**

With respect to recovering proceeds of insurance, litigation seems necessary as bank has not cooperated. Other issues can be resolved through plan confirmation.

C.      **WHETHER THE DEBTOR COMPLIED WITH ALL OF ITS DUTIES UNDER 11 U.S.C. §§ 308 (IF APPLICABLE), 521, 1106, 1116 (IF APPLICABLE), F.R.B.P. 4002, AND ALL APPLICABLE GUIDELINES OF THE OFFICE OF THE UNITED STATES TRUSTEE, AND IF NOT, WHY NOT?**

The Debtor is in compliance, except as follows: Closing bank statement. The Debtor anticipates being in full compliance before the status conference, though this assumes cooperation from bank and others.

//
//
//
//

i. **Identification of professionals retained by or intended to be retained by the estate, a general description of the type of services to be rendered, and a budget for their estimated services and expenses**

The Debtor has retained bankruptcy Counsel and has consulted a real estate agent to determine whether to market and sell its Chatsworth property.

ii. **Identification of and accounting for all post-petition cash collateral pursuant to 11 U.S.C. §§361 and 363, specifically including any written consents or court orders governing its permitted use**

The Debtor is not currently aware of any assignments of rents that would require consent or an order to use cash collateral.

iii. **A representation that there has been of full compliance with F.R.B.P. Rule 1007 regarding the filing of schedules and statements of financial affairs, full compliance with all reporting and administrative requirements established by the United States Trustee or a detailed explanation of why compliance is not complete**

The Debtor is in full compliance with F.R.B.P. Rule 1007 and is in compliance with U.S. Trustee requirements except that closing pre-petition bank statements

iv. **Whether the debtor has any legal or equitable interest in "single asset real estate," as defined in 11 U.S.C. §101(51B)**

No

v. **Whether the debtor is a "small business debtor" requiring treatment as a "small business case." See 11 U.S.C. §§101(51C); 1102(a)(3), 1121(e) 1125(f) + 1129(e)**

No. Debtor does not fall within definition of "small business debtor" as Debtor's primary activity is the business of owning or operating real property or activities incidental thereto.

vi. **Identification of any unexpired leases and executory contracts to which the Debtor is a party and the Debtor's intention with regard to these leases and contracts**

The Debtor is a party to leases with tenants of its rental units, some of which may be rejected if the Debtor decides to surrender or sell its Los Angeles rental property, which is not anticipated at this time.

    **vii.**    **Proposed deadlines for filing:**

        **a. Claims-** September 9, 2016

        **b. Objections to claims-** October 14, 2016

        **c. Avoidance Actions-** October 2, 2016

        **d. Plan of reorganization and disclosure statement.** – October 28, 2016

The Debtor believes that it will be able to prepare and file a Chapter 11 plan in this case after the value of its real property is ruled upon and the claims bar date has expired (which may require a request for an extension of the exclusivity period of 11 U.S.C. §1121) and ultimately to emerge from Chapter 11 as a financially stronger non-profit organization

    **viii.**    **Whether the estate includes any property that could potentially give rise to claims or litigation based upon federal or state environmental laws**

    No

DATED: July 14, 2016        By:    /s/ Giovanni Orantes
                                                          Giovanni Orantes, Esq.
                                                          Attorney for Debtor.

**ESTIMATED PROFESSIONAL COMPENSATION AND REIMBURSEMENT**

**BUDGET FOR CHAPTER 11**

**Case Number:** 1:16-bk-11387-GM

**Case Name:** Real Estate Short Sales, Inc.

**Date Commenced:** 05/06/2016

**Applicant Name:** Giovanni Orantes, Esq.

**Applicant Firm:** The Orantes Law Firm, P.C.

**Location:** Los Angeles, California

**Type of Services to be Rendered:**

A. To advise and assist the Debtors with respect to compliance with the requirements of the Office of the United States Trustee;

B. To advise the Debtors regarding matters of bankruptcy law, including their rights and remedies in regard to their assets and in regard to the claims of creditors;

C. To represent the Debtors in any proceedings or hearings in the Bankruptcy Court and in any action in any other court where the Debtors' rights under the Bankruptcy Code may be litigated or affected, subject to the Firm's specific agreement;

D. To conduct examinations of witnesses, claimants, or adverse parties and to prepare and assist in the preparation of reports, accounts, and pleadings related to this Chapter 11 case;

E. To advise the Debtors concerning the requirements of the Bankruptcy Court and applicable rules as the same affect the Debtors in these proceedings;

F. To assist the Debtors in the negotiation, formulation, confirmation, and implementation of a Chapter 11 plan; and

G. To take such other action and perform such other services as the Debtors may require of the Firm in connection with this Chapter 11 case.

**ESTIMATED PROFESSIONAL COMPENSATION AND REIMBURSEMENT**

**BUDGET FOR CHAPTER 11**

Page 2 of 3

## Categories of Services

Category:         Asset Recovery/Analysis/Disposition

| Name and or/Type | Hourly Rate ($/hr) | Total ($) Estimate |
|---|---|---|
| Giovanni Orantes, Esq. | $500 (@ 25 hrs) | $12,500 |
| Associate | $350 (@ 5 hrs) | $1,750 |
| Senior Paralegal | $160 (@ 15 hrs) | $2,400 |
| Paralegal | $120 (@ 15 hrs) | $1,800 |
| Total | | $18,450 |

Category:         Business Operations

| Name and or/Type | Hourly Rate ($/hr) | Total ($) Estimate |
|---|---|---|
| Giovanni Orantes, Esq. | $500 (@ 5 hrs) | $2,500 |

Category:         Case Administration

| Name and or/Type | Hourly Rate ($/hr) | Total ($) Estimate |
|---|---|---|
| Giovanni Orantes, Esq. | $500 (@ 10 hrs) | $5,000 |
| Senior Paralegal | $160 (@ 5 hrs) | $800 |
| Total | | $5,800 |

Category:         Claims Administration and Objections

| Name and or/Type | Hourly Rate ($/hr) | Total ($) Estimate |
|---|---|---|
| Giovanni Orantes, Esq. | $500 (@ 10 hrs) | $5,000 |
| Senior Paralegal | $160 (@ 15 hrs) | $2,400 |
| Total | | $9,800 |

**ESTIMATED PROFESSIONAL COMPENSATION AND REIMBURSEMENT**

**BUDGET FOR CHAPTER 11**

Page 3 of 3

**Category:** Fee/Employment Applications/Objections

| Name and or/Type | Hourly Rate ($/hr) | Total ($) Estimate |
|---|---|---|
| Giovanni Orantes, Esq. | $500 (@ 6 hrs) | $3,000 |
| Paralegal | $120 (@ 25 hrs) | $3,000 |
| Total | | $6,000 |

**Category:** Meeting of Creditors

| Name and or/Type | Hourly Rate ($/hr) | Total ($) Estimate |
|---|---|---|
| Giovanni Orantes, Esq. | $500 (@ 4 hrs) | $2,000 |

**Category:** Plan and Disclosure Statement

| Name and or/Type | Hourly Rate ($/hr) | Total ($) Estimate |
|---|---|---|
| Giovanni Orantes, Esq. | $500 (@ 30 hrs) | $15,000 |
| Senior Paralegal | $160 (@ 10 hrs) | $1,600 |
| Paralegal | $120 (@ 10 hrs) | $1,200 |
| Total | | $17,800 |

| Total Estimated Fees | | $62,350 |
|---|---|---|

**Expenses (Estimate)**

| | |
|---|---|
| Document Reproduction (@ $0.20/page) | $2,000 |
| Facsimile Charges (@ $0.10/page for receipt only) | $150 |
| Postage | $1,000 |
| Total | $3,150 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**The Orantes Law Firm, P.C.  3435 Wilshire Blvd., Suite 2920, Los Angeles, CA 90010**

A true and correct copy of the foregoing document entitled (*specify*): **Debtor's Chapter 11 Status Report** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __7/14/2016__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | | |
|---|---|---|
| Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV) kate.bunker@usdoj.gov | Allison Chua on behalf of Creditor Select Portfolio Servicing, Inc. achua@mcglinchey.com, mhegel@mcglinchey.com;crico@mcglinchey.com;selizondo@mcglinchey.com | Giovanni Orantes on behalf of Debtor Real Estate Short Sales Inc go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com |
| Kelly M Raftery on behalf of Creditor U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-HY3 bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com | Charles Shamash on behalf of Interested Party Caceres & Shamash, LLP cs@locs.com, generalbox@locs.com | United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **7/14/2016** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 14, 2016 | Andrea M. Castro | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                        F 9013-3.1.PROOF.SERVICE

**Secured Creditors & 20 Largest Unsecured Creditors**

| | |
|---|---|
| Ocwen Loan Servicing, LLC<br>Attn. President or Corp. Officer<br>1661 Worthington Rd., Suite 100<br>West Palm Beach FL 33409 | Select Portfolio Servicing, Inc.<br>Attn: President or Corp. Officer<br>3815 S. West Temple<br>Salt Lake CityUT84115 |
| Ben Hur Moving & Storage<br>c/o LA Pro-Storage LLP<br>Attn. President or Corp. Officer<br>8929 Oso Avenue<br>Chatsworth CA 91311 | Internal Revenue Service<br>300 North Los Angeles Street<br>M/S 5022<br>Los Angeles, CA 90012 |
| Chicago Title Insurance Co.<br>Attn. President or Corp. Officer<br>915 Wilshire Blvd., Ste. 2100<br>Los Angeles CA 90017 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO BOX 7346<br>Philadelphia Pa 19101-7346 |
| Philip D. Dapeer<br>2625 Townsgate Road, Ste. 330<br>Westlake Village CA 91361 | Department of Water & Power<br>Attn. President or Corp. Officer<br>P.O. Box 30808<br>Los Angeles CA 90030 |
| U.S. Securities and Exchange Commission<br>444 S Flower St #900,<br>Los Angeles, CA90071 | Office of the United States Trustee<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA90017 |
| | Caceres & Shamash, LLP<br>8200 Wilshire Boulevard, Suite 400<br>Beverly Hills, Ca 90211-2315 |

U.S. Bankruptcy Court
Chambers of honorable Judge Geraldine Mund
21041 Burbank Boulevard, Suite 312
Woodland Hills, CA 91367