Giovanni Orantes, State Bar No. 190060
**THE ORANTES LAW FIRM, P.C.**
3435 Wilshire Blvd., Suite 2920
Los Angeles, CA 90010
Telephone: (213) 389-4362
Facsimile: (877) 789-5776
go@gobklaw.com

Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>REAL ESTATE SHORT SALE, INC,<br><br>　　　　Reorganized Debtor. | Case No. 1:16-bk-11387-GM<br><br>Chapter 11 Proceeding<br><br>**CHAPTER 11 STATUS REPORT**<br><br>**HEARING**<br>Date:　　August 30, 2016<br>Time:　　2:00 p.m.<br>Place:　　Crtrm: 303<br>　　　　　21041 Burbank Blvd.,<br>　　　　　Woodland Hills, CA 91367 |

**TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL OTHER PARTIES IN INTEREST:**

　　Real Estate Short Sales Inc., the Debtor and Debtor-in-Possession (the "Debtor") submits this Chapter 11 Status Report.

　　1.　　On June 23, 2016, the creditor Select Portfolio Servicing, Inc. ("SPS") filed the Notice of Motion and Motion for Relief from the Automatic Stay Under §362 (the "RFS Motion"). The RFS Motion was scheduled to be heard on July 20, 2016 at 10:00 AM.

2. On July 6, 2016, the Debtor filed its Opposition to the Motion for Relief From the Automatic Stay Under §362 (the "Opposition to the RFS Motion").

3. On July 13, 2016, SPS filed its reply to the Opposition to the RFS Motion.

4. On July 15, 2016, the new assigned judge Geraldine Mund continued the Status Conference and the Motion for Relief from Automatic Stay to August 2, 2016.

5. On August 2, 2016, the Judge continued the Status Conference and the Motion for Relief from Automatic Stay to August 30, 2016.

6. Debtor's counsel is currently working on a simplified amendment to its retainer agreement to finalize the Application to Employ the Orantes Law Firm, which will be filed well before the hearings on August 30th. In addition, counsel is following up with the debtor's principal to complete the Debtor's compliance with the requirements of the Office of the U.S. Trustee Program.

Respectfully submitted,

**THE ORANTES LAW FIRM, P.C.**

Dated: August 16, 2016       By:   /s/ Giovanni Orantes
                             Giovanni Orantes
                             General Insolvency Counsel for Debtor and
                             Debtor-in-Possession, Real Estate Short Sales Inc..

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**The Orantes Law Firm, P.C. 3435 Wilshire Blvd., Suite 2920, Los Angeles, CA 90010**

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 11 STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **8/16/2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov

Allison Chua on behalf of Creditor Select Portfolio Servicing, Inc.
achua@mcglinchey.com, mhegel@mcglinchey.com;crico@mcglinchey.com;selizondo@mcglinchey.com

Giovanni Orantes on behalf of Debtor Real Estate Short Sales Inc
go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com

Kelly M Raftery on behalf of Creditor U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-HY3
bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

Charles Shamash on behalf of Interested Party Caceres & Shamash, LLP
cs@locs.com, generalbox@locs.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **8/16/2016** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/16/2016 | Andrea M. Castro | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

### Secured Creditors & 20 Largest Unsecured Creditors

| | |
|---|---|
| Ocwen Loan Servicing, LLC<br>Attn. President or Corp. Officer<br>1661 Worthington Rd., Suite 100<br>West Palm Beach FL 33409 | Select Portfolio Servicing, Inc.<br>Attn: President or Corp. Officer<br>3815 S. West Temple<br>Salt Lake CityUT84115 |
| Ben Hur Moving & Storage<br>c/o LA Pro-Storage LLP<br>Attn. President or Corp. Officer<br>8929 Oso Avenue<br>Chatsworth CA 91311 | Internal Revenue Service<br>300 North Los Angeles Street<br>M/S 5022<br>Los Angeles, CA 90012 |
| Chicago Title Insurance Co.<br>Attn. President or Corp. Officer<br>915 Wilshire Blvd., Ste. 2100<br>Los Angeles CA 90017 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO BOX 7346<br>Philadelphia Pa 19101-7346 |
| Philip D. Dapeer<br>2625 Townsgate Road, Ste. 330<br>Westlake Village CA 91361 | Department of Water & Power<br>Attn. President or Corp. Officer<br>P.O. Box 30808<br>Los Angeles CA 90030 |
| U.S. Securities and Exchange Commission<br>444 S Flower St #900,<br>Los Angeles, CA90071 | Office of the United States Trustee<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA90017 |
| | Caceres & Shamash, LLP<br>8200 Wilshire Boulevard, Suite 400<br>Beverly Hills, Ca 90211-2315 |

U.S. Bankruptcy Court
Chambers of honorable Judge Geraldine Mund
21041 Burbank Boulevard, Suite 312
Woodland Hills, CA 91367