| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Giovanni Orantes**<br>**3435 Wilshire Blvd., Suite 2920**<br>**Los Angeles, CA 90010**<br>**(888) 619-8222 Fax: (877) 789-5776**<br>**190060**<br>**go@gobklaw.com** | |
| ☐ *Individual appearing without attorney*<br>☑ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**Real Estate Short Sales, Inc.**<br><br>Debtor(s) | CASE NO.: 1:16-bk-11387-MT<br><br>CHAPTER: 11<br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see <u>Abbreviated Fee Schedule</u> on the Court's website ). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B     ☐ Schedule C     ☑ Schedule D     ☑ Schedule E/F     ☐ Schedule G

☐ Schedule H     ☐ Schedule I     ☐ Schedule J     ☐ Schedule J-2     ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)     ☐ Statement of Intentions     ☑ Master Mailing List

☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 08/31/2016

_____
Julio Molica
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015     Page 1     F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify the case:**

Debtor name: Real Estate Short Sales, Inc.

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): 1:16-bk-11387-GM

■ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2.1 | **Ben Hur Moving & Storage**<br>Creditor's Name<br>c/o LA Pro-Storage LLP<br>Attn. President or Corp. Officer<br>8929 Oso Avenue<br>Chatsworth, CA 91311<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>2015<br>Last 4 digits of account number<br>L122<br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Storage for Home Furniture**<br><br><br>Describe the lien<br>**Lawsuit**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $10,000.00 | $150,000.00 |
| 2.2 | **Ocwen Loan Servicing, LLC**<br>Creditor's Name<br>Attn. President or Corp. Officer<br>1661 Worthington Rd., Suite 100<br>West Palm Beach, FL 33409<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred | Describe debtor's property that is subject to a lien<br>**Residential Penthouse Condominium located at 625 South Berendo Street, PH613, Los Angeles, CA 90005**<br><br>Value is an estimate.  Appraisal to follow<br><br>Describe the lien<br>**First Mortgage**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $450,000.00 | $700,000.00 |

| Debtor | Real Estate Short Sales, Inc. | Case number (if know) | 1:16-bk-11387-GM |
|---|---|---|---|
| | Name | | |

Last 4 digits of account number

| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
|---|---|---|---|

| 2.3 | Select Portfolio Servicing, Inc.<br>Creditor's Name<br>Attn. President or Corp. Officer<br>Po Box 65250<br>Salt Lake City, UT 84165<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>Single Family Residence located 10351 Oklahoma Avenue, Chatsworth, CA 91311.<br>Value is an estimate. Appraisal to follow.<br>Describe the lien<br>First Mortgage<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $1,041,000.00 | $2,000,000.00 |
|---|---|---|---|---|
| | Creditor's email address, if known<br>Date debt was incurred<br>Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | | |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $1,501,000.00

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Ocwen Loan Servicing<br>Attn. President or Corp. Officer<br>P.O. Box 79135<br>Phoenix, AZ 85062 | Line 2.2 | |
| Ocwen Loan Servicing, LLC<br>Attn. President or Corp. Officer<br>12650 Ingenuity Dr<br>Orlando, FL 32826 | Line 2.2 | |
| Select Portfolio Servicing, Inc.<br>Attn. President or Corp. Officer<br>3815 South West Temple<br>Salt Lake City, UT 84115 | Line 2.3 | |

**Fill in this information to identify the case:**

Debtor name: Real Estate Short Sales, Inc.

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): 1:16-bk-11387-GM

■ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |                                                                                                                   |                                                                                                                 | Total claim | Priority amount |
|-----|-------------------------------------------------------------------------------------------------------------------|-----------------------------------------------------------------------------------------------------------------|-------------|-----------------|
| 2.1 | Priority creditor's name and mailing address<br>**Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>Po Box 2952<br>Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|     | Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes only.** | | |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|     | Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes only.** | | |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Real Estate Short Sales, Inc. | Case number (if known) | 1:16-bk-11387-GM |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**State Board of Equalization**<br>5901 Green Valley Circle, Ste. 210<br>Culver City, CA 90230 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes only.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**Chicago Title Insurance Co.**<br>Attn: Jennifer Moon<br>915 Wilshire Blvd., Ste. 2100<br>Los Angeles, CA 90017 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred  2014 | Basis for the claim: **Lawsuit, case no. BC559998** | |
| | Last 4 digits of account number  9998 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Department of Water & Power**<br>Attn. President or Corp. Officer<br>P.O. Box 30808<br>Los Angeles, CA 90030 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,000.00 |
| | Date(s) debt was incurred _ | Basis for the claim: **Utility** | |
| | Last 4 digits of account number  1000 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address<br>**Philip D. Dapeer**<br>2625 Townsgate Road, Ste. 330<br>Westlake Village, CA 91361-5749 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $60,000.00 |
| | Date(s) debt was incurred _ | Basis for the claim: **Lawsuit, case no. 56-2015-00464631** | |
| | Last 4 digits of account number  4631 | Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 64,000.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 64,000.00 |

Real Estate Short Sales, Inc.
6360 1/2 Van Nuys Blvd.
Van Nuys, CA 91401


Giovanni Orantes
The Orantes Law Firm, A.P.C
3435 Wilshire Blvd., Suite 2920
Los Angeles, CA 90010


Ben Hur Moving & Storage
c/o LA Pro-Storage LLP
Attn. President or Corp. Officer
8929 Oso Avenue
Chatsworth, CA 91311


Chicago Title Insurance Co.
Attn: Jennifer Moon
915 Wilshire Blvd., Ste. 2100
Los Angeles, CA 90017


Department of Water & Power
Attn. President or Corp. Officer
P.O. Box 30808
Los Angeles, CA 90030


Equifax
P.O. Box 740250
Atlanta, GA 30374


Experian
475 Anton Blvd.
Costa Mesa, CA 92626


Franchise Tax Board
Bankruptcy Section, MS: A-340
Po Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346


National Default Servicing Corp.
Attn. President or Corp. Officer
7720 N. 16th Street Suite 300
Phoenix, AZ 85020


Ocwen Loan Servicing
Attn. President or Corp. Officer
P.O. Box 79135
Phoenix, AZ 85062


Ocwen Loan Servicing, LLC
Attn. President or Corp. Officer
1661 Worthington Rd., Suite 100
West Palm Beach, FL 33409


Ocwen Loan Servicing, LLC
Attn. President or Corp. Officer
12650 Ingenuity Dr
Orlando, FL 32826


Philip D. Dapeer
2625 Townsgate Road, Ste. 330
Westlake Village, CA 91361-5749


Select Portfolio Servicing, Inc.
Attn. President or Corp. Officer
Po Box 65250
Salt Lake City, UT 84165


Select Portfolio Servicing, Inc.
Attn. President or Corp. Officer
3815 South West Temple
Salt Lake City, UT 84115

State Board of Equalization
5901 Green Valley Circle, Ste. 210
Culver City, CA 90230


TransUnion
P.O. Box 6790
Fullerton, CA 92834


United States Trustee (LA)
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3435 Wilshire Blvd., Suite 2920
Los Angeles, CA 90010

A true and correct copy of the foregoing document entitled (*specify*):  **Summary of Amended Schedules, Master Mailing List, and or Statements**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 2, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV): kate.bunker@usdoj.gov
Allison Chua on behalf of Creditor Select Portfolio Servicing, Inc.: achua@mcglinchey.com, mhegel@mcglinchey.com;crico@mcglinchey.com;selizondo@mcglinchey.com
Giovanni Orantes on behalf of Debtor Real Estate Short Sales Inc: go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com
Kelly M Raftery on behalf of Creditor U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-HY3: bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
Charles Shamash on behalf of Interested Party Caceres & Shamash, LLP: cs@locs.com, generalbox@locs.com
United States Trustee (SV): ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **September 2, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Chambers of the Honorable Judge Geraldine Mund-21041 Burbank Boulevard, Suite 312 / Courtroom 303 Woodland Hills, CA 91367**

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 2, 2016 | Kristy Lozoya | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 2                          F 1007-1.1.AMENDED.SUMMARY

```
Label Matrix for local noticing          Caceres & Shamash, LLP                OCWEN Loan Servicing, LLC
0973-1                                    Caceres & Shamash, LLP                Robertson Anschutz & Schneid, P.L.
Case 1:16-bk-11387-GM                     8200 Wilshire Boulevard, Suite 400    6409 Congress Ave, Suite 100
Central District of California            Beverly Hills, Ca 90211-2315          Boca Raton, Fl 33487-2853
San Fernando Valley
Fri Sep  2 13:31:51 PDT 2016

Real Estate Short Sales Inc               U.S. Bank NA, successor trustee to Bank of A    San Fernando Valley Division
6360 1/2 Van Nuys Blvd                    c/o McCarthy & Holthus, LLP           21041 Burbank Blvd,
Van Nuys, CA 91401-2601                   1770 Fourth Avenue                    Woodland Hills, CA 91367-6606
                                          San Diego, CA 92101-2607


Ben Hur Moving & Storage                  Chicago Title Insurance Co.           Department of Water & Power
A Pro-Storage LLP                         Attn: Jennifer Moon                   Attn. President or Corp. Officer
9929 Oso Ave                              915 Wilshire Blvd., Ste. 2100         P.O. Box 30808
Chatsworth CA 91311-6214                  Los Angeles, CA 90017-3450            Los Angeles, CA 90030-0808


Equifax                                   Experian                              FRANCHISE TAX BOARD
P.O. Box 740250                           475 Anton Blvd.                       BANKRUPTCY SECTION MS A340
Atlanta, GA 30374-0250                    Costa Mesa, CA 92626-7037             PO BOX 2952
                                                                                SACRAMENTO CA 95812-2952


Franchise Tax Board                       (p)INTERNAL REVENUE SERVICE           NDSC
Bankruptcy Section, MS: A-340             CENTRALIZED INSOLVENCY OPERATIONS     National Default Servicing Corp
Po Box 2952                               PO BOX 7346                           7720 N 16th St Suite 300
Sacramento, CA 95812-2952                 PHILADELPHIA PA 19101-7346            Phoenix AZ 85020-7404


Ocwen Loan Servicing                      Ocwen Loan Servicing, LLC             Ocwen Loan Servicing, LLC
PO Box 79135                              12650 Ingenuity Dr                    1661 Worthington Rd
Phoenix AZ   85062-9135                   Orlando, FL 32826-2703                Suite 100
                                                                                West Palm Beach, FL 33409-6493


Philip D. Dapeer                          SPS                                   Select Portfolio Servicing, Inc.
2625 Townsgate Road, Ste. 330             PO Box 65250                          3815 South West Temple
Westlake Village, CA 91361-5749           Salt Lake City UT  84165-0250         Salt Lake City, UT 84115-4412


State Board of Equalization               TransUnion                            United States Trustee
5901 Green Valley Circle, Ste. 210        P.O. Box 6790                         915 Wilshire Blvd Suite 1850
Culver City, CA 90230-6900                Fullerton, CA 92834-9416              Los Angeles, CA 90017-3560


United States Trustee (SV)                Giovanni Orantes
915 Wilshire Blvd, Suite 1850             Orantes Law Firm PC
Los Angeles, CA 90017-3560                3435 Wilshire Blvd Ste 2920
                                          Los Angeles, CA 90010-2015
```

               The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
               by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
300 North Los Angeles Street
I/S 5022
Los Angeles, CA 90012

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

u)Select Portfolio Servicing, Inc.   End of Label Matrix
                                     Mailable recipients   25
                                     Bypassed recipients    1
                                     Total                 26