**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Jennifer L. Braun, Bar No. 130932
Assistant United States Trustee
S. Margaux Ross, Bar No. 137192
Attorney for the U.S. Trustee
**UNITED STATES TRUSTEE**
915 Wilshire Blvd., Ste. 1850
Los Angeles, California  90017
Telephone: (213) 894-4494
Facsimile: (213) 894-0276
E-mail: margaux.ross@usdoj.gov

FILED & ENTERED

NOV 15 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>**REAL ESTATE SHORT SALES, INC.,**<br><br>Debtor. | Case No. 1:16-bk-11387-GM<br><br>Chapter 11<br><br>**ORDER CONDITIONALLY GRANTING U.S.TRUSTEE'S MOTION**<br><br>Date:  October 11, 2016<br>Time: 10:00 a.m.<br>Ctrm: 303 |

The United States Trustee's motion to convert or dismiss was heard at the above-referenced time and place, with appearances as noted on the record.   The Court having considered the record, and good cause appearing therefore:

IT IS HEREBY ORDERED that the debtor in possession must remain current with the United States Trustee's debtor in possession requirements ("Compliance") until dismissal, conversion or closure of this case;

//

//

//

//

1

IT IS FURTHER ORDERED that if the debtor in possession is delinquent in submitting Compliance, this case will be converted by the Court upon the filing of a declaration of non-compliance filed by the United States Trustee and lodging of a proposed order thereon, unless the debtor in possession sets and notices the matter for hearing within seven days of the filing of United States Trustee's declaration of non-compliance.

### #

Date: November 15, 2016

Geraldine Mund
United States Bankruptcy Judge

2