UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| Real Estate Short Sales Inc.  Debtor(s). | Case Number:  1:16-bk-11387-GM  Operating Report Number: 12  For the Month Ending:  April 30, 2017 |

### I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS   $9,550.00

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS   9,625.00

3. BEGINNING BALANCE:   52.97   0.00

4. RECEIPTS DURING CURRENT PERIOD:

5. BALANCE:   52.97   0.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD   9,625.00   0.00

7. ENDING BALANCE:   22.38   0.00

8. General Account Number(s):   x7404

   Depository Name & Location:   Citibank
   8750 Van Nuys Blvd.
   Van Nuys, CA 91405

\*   All receipts must be deposited into the general account.
\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 4/7/17 | 1031 | Catalan M. | Hardwood-Floors/Chatsworth | $1,000.00 |
| 4/19/17 | 1035 | Catalan M. | Hardwoof-Floors/Chatsworth | 2,000.00 |
| 4/7/17 | 1032 | Catalan M. | Material-painting | 160.00 |
| 4/19/17 | 1034 | Angel Cuellar | Electrical-Job/Chatsworth | 200.00 |
| 4/21/17 | 1035 | Catalan M. | Hardwood-Floors-Finishing | 2,000.00 |
| 4/14/17 | Debit | SPS Mortgage Pyt. | Adequate Protection Mortga. | 4,160.46 |

**TOTAL DISBURSEMENTS THIS PERIOD:** $9,550.00 0.00

## GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: 4/30/17          Balance on Statement: $22.38

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| 4/6/17 | $1,200.00 |
| 4/13/17 | 4,250.00 |
| 4/20/17 | 100.00 |
| 4/27/17 | 2,000.00 |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                              $9,625.00  0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |

TOTAL OUTSTANDING CHECKS:                              $9,625.00  0.00

Bank statement Adjustments:
Explanation of Adjustments-                            _____

ADJUSTED BANK BALANCE:                                 $0.00

* It is acceptable to replace this form with a similar form          Page 3 of 8
** Please attach a detailed explanation of any bank statement adjustment

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| SPS Mortgage | Monthly | $4160.46 | 9 | 27,045.00 |
| OCWEN LS LLC | Monthly | 2,040.00 | 9 | 18,360.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 45,414.000.00 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | State Farm Ins. | $1,500.00 | 7/27/17 | 7/27/17 |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | | | | |
| Others: | | | | |

## I.D SUMMARY SCHEDULE OF CASH

**ENDING BALANCES FOR THE PERIOD:** April 30, 2017
(Provide a copy of of montly account statements for each of the below)

|  |  |  |
|---|---|---|
| General Account: | $9,550.00 | |
| Payroll Account: | | |
| Tax Account: | | |
| *Other Accounts: | | |
| | | |
| *Other Monies: (Nancy Cueva) | 2,500.00 | |
| **Petty Cash (from below): | 0.00 | |

**TOTAL CASH AVAILABLE:**           $2,500.00  0.00

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| 04/15/17 | Dinning-Room Painting | $1,900.00 |
| 04/20/17 | Material for Painting | 600.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL PETTY CASH TRANSACTIONS:**           $2,500.00  0.00

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
\** Attach Exhibit Itemizing all petty cash transactions

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 4/29/17 | $649.73 | $649.73 | 4/29/17 | $649.73 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## XI. QUESTIONNAIRE

|  |  | No | Yes |
|--|--|----|-----|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | |

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below:   No: X   Yes: ___

3.

State what progress was made during the reporting period toward filing a plan of reorganization
Purchase Contract was signed by Debtor and Buyer Dr. Perez-Rivera 4/25/17.
Escrow is in its way to be open.

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.    Adequate Protection Payments Ordered 3/22/2017 are being made and current to date.

6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below.    No: X   Yes: ___

I, [enter your name and title here],
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

4/30/201_____
Date

Page 8 of 8

Nancy Cueva

Principal for debtor-in-possession

Citibank CBO Services    141
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/20F013

003
CITIBANK, N. A.
**Account**
⬛⬛⬛7404
**Statement Period**
Apr 1 - Apr 30, 2017
**Relationship Manager**
US SERVICE CENTER
1-877-528-0990
Page 1 of 2

REAL ESTATE SHORT SALES, INC.
DEBTOR IN POSSESSION #1611387 MT
6360 1/2 VAN NUYS BLVD
VAN NUYS                CA 91401-2601

## CitiBusiness® ACCOUNT AS OF APRIL 30, 2017

_Relationship Summary:_

| | |
|---|---|
| **Checking** | **$22.38-** |
| **Savings** | ---- |
| **Checking Plus** | ---- |

In an effort to better serve our clients using CitiBusiness(r) Online, a verified email
address will now be required. Users will be prompted at logon to provide and/or verify
their email address. After a 90 day grace period, users who have not provided a verified
email address will not be able to access CitiBusiness(r) Online. All users will be required
to accept an updated version of the CitiBusiness(r) Online User Agreement that includes
these new terms by mid-2017.

## SUGGESTIONS AND RECOMMENDATIONS

Having a verified email address on CitiBusiness(r) Online allows users who have forgotten their password to take
advantage of the new Password Reset feature and eliminate waiting for a temporary password to arrive by mail. Look
for the "Forgot Password" link on the logon page. Users will need their token to request a temporary password to be
sent to them via email.

## SERVICE CHARGE SUMMARY FROM MARCH 1, 2017 THRU MARCH 31, 2017

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING # 206587404** | | | |
| Average Daily Collected Balance | | | $334.34 |
| DEPOSIT SERVICES | | | |
|    MONTHLY MAINTENANCE FEE | 1 | 15.0000 | 15.00 |
|    CURRENCY DEPOSIT (PER $100) | 5 | .1700 | 0.85 |
| **WAIVE | | | |
|    CHECKS, DEP ITEMS/TICKETS, ACH | 9 | .4500 | 4.05 |
| **WAIVE | | | |
| **Total Charges for Services** | | | **$15.00** |
| **Net Service Charge** | | | **$15.00** |

Charges debited from account # 206587404

REAL ESTATE SHORT SALES, INC.
DEBTOR IN POSSESSION #1611387 MT

Account ████7404          Page 2 of 2
Statement Period: Apr 1 - Apr 30, 2017

001/R1/20F013

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**
206587404

|  |  |  | Beginning Balance: | $52.97 |
|  |  |  | Ending Balance: | $22.38- |

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 04/03 | DEBIT CARD PURCH Card Ending in 3259<br>2C6SGNGW            3259 Apr 03<br>CHATSWORTH LIQUOR   CHASWORTH   CA 17090 | 19.89 |  | 33.08 |
| 04/06 | DEPOSIT<br>20520 DVNSHRE ST. CHTWRTH, CA |  | 1,200.00 | 1,233.08 |
| 04/07 | CHECK NO:     1032 | 160.00 |  | 1,073.08 |
| 04/07 | CHECK NO:     1031 |  |  |  |
| 04/10 | SERVICE CHARGE<br>ACCT ANALYSIS DIRECT DB | 1,000.00<br>15.00 |  | 73.08<br>58.08 |
| 04/13 | DEPOSIT |  | 4,250.00 | 4,308.08 |
| 04/14 | ACH DEBIT<br>SP SERVICING     MRTG PMT   0000001029    Apr 14 | 4,160.46 |  | 147.62 |
| 04/20 | DEPOSIT |  | 100.00 | 247.62 |
| 04/20 | CHECK NO:     1034 | 200.00 |  | 47.62 |
| 04/21 | CHECK NO:     1035 | 2,000.00 |  | 1,952.38- |
| 04/24 | CHECK REVERSAL |  | 2,000.00 | 47.62 |
| 04/24 | NSF/OD CHECK CHARGE | 35.00 |  | 12.62 |
| 04/26 | CHECK NO:     1035 | 2,000.00 |  | 1,987.38- |
| 04/27 | CHECK REVERSAL |  | 2,000.00 | 12.62 |
| 04/27 | NSF/OD CHECK CHARGE | 35.00 |  | 22.38- |
|  | **Total Debits/Credits** | **9,625.35** | **9,550.00** |  |

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|-------|------|--------|-------|------|--------|-------|------|--------|-------|------|--------|
|  |  |  |  |  | **Checks Paid** |  |  |  |  |  |  |
| 1031 | 04/07 | 1,000.00 | 1032 | 04/07 | 160.00 | 1034* | 04/20 | 200.00 | 1035 | 04/21 | 2,000.00 |
| 1035 | 04/26 | 2,000.00 |  |  |  |  |  |  |  |  |  |

* indicates gap in check number sequence          Number Checks Paid:  5          Totaling:   $5,360.00

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:          YOU CAN CALL:                    YOU CAN WRITE:

Checking                                    877-528-0990*                    Citibank, N.A.
                                            (For Speech and Hearing          P.O. Box 790184
                                            Impaired Customers Only          St Louis, MO 63179
                                            TDD: 800-945-0258)

For change in address, call your account officer or visit your branch.
* To ensure quality service, calls are randomly monitored.

© 2017 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.