☐ ORIGINAL

NANCY CUEVA/Principal's Declaration
REAL ESTATE SHORT SALES, INC
10351 Oklahoma Ave.
Chatsworth, CA 91311
Phone:   (818) 590-0766
Fax:     (818) 576-8961

Plaintiffs
In Pro-Per

**FILED**
**JUL 10 2017**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA –

| | |
|---|---|
| IN RE:<br>REAL ESTATE SHORT SALES, INC.,<br><br>In re:<br><br>SELECT PORTFOLIO SERVICING, INC, a business of unknown form,<br><br>Defendant. | Case No.: 1:15-BK-11387-GM<br>Hon. GERALDINE MUND<br><br>**DECLARATION OF PRINCIPAL NANCY CUEVA OPPOSITION TO ATTORNEYD DEN G. RALLIS OPPOSITION**<br>CHAPTER 11:<br>HEARING DATE: July 11, 2017<br>Time:    10:00 A.M.<br>Crtrm:   303 |

1

DECLARATION OF JULIO C. MOLICA

1. I, NANCY CUEVA, principal of RESS INC. declare as follows, followes:

2. I oppose to the declarations of Debtor's attorney's Dean G. Rally Jr. filed on June 28, 2017.

3. Debtor has complied with all requirement to pay Adequate Order Proetectio payments to date.

4. Debtor is in the process to finalizing the contract with Buyer's, Escrow that is open.

5. Adversary has not file evidence to support his request.

6. Adversary has not disclosed to court that in fact it is a law suit against Dedtor and other defendants under Case No.PC0571195, which is in a pending status.

7. We strongly oppose to Joinders' Motion.

8. Debtor is incompliance to the Case.

9. Debtor's Adequate Protection Payments are current.

10. Creditor has filed a civil Case against Debtor and et al in the LASC of Orange County under Case No. PC057195.

7/10/2017

*[signature]*

Nancy Cueva/Principal/for

REAL STATE SHORT SALES, INC.

---

2

DECLARATION OF JULIO C. MOLICA

PROOF OF SERVICE

I, FRANCISCO BACINO, state as follows:

1. I am not a party to the within case. My business address is 6360 1/2 Van Nuys Blvd. Van Nuys, CA 91401,

2. I am familiarized with the mailing and or personal process of serving documents.

3. On July 10, 2017 I mailed the following document(s):

**DECLARATION PRINCIPAL NANCY CUEVAOPPOSITION TO ATTORNEYS DENG RALLIS OPPOSITION.**

   **FAX   (626)577-7764**

   **FAX: (714) 848) 8201**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

07/10/2017

FRANCISCO BACINO

- 5 -