# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Real Estate Short Sales Inc | § | Case No. 1:16-bk-11387-GM |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Nancy Hoffmeier Zamora, Esq. (SBN 137326), chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 160,315.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 1,354,632.79 | Claims Discharged Without Payment: 2,375,330.06 |
| Total Expenses of Administration: 207,367.21 | |

3) Total gross receipts of $1,562,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,562,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,501,000.00 | $1,354,632.79 | $1,354,632.79 | $1,354,632.79 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 339,340.28 | 339,340.28 | 207,367.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 3,969.98 | 3,969.98 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 64,000.00 | 866,360.08 | 866,360.08 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,565,000.00 | $2,564,303.13 | $2,564,303.13 | $1,562,000.00 |

4) This case was originally filed under chapter 11 on 05/06/2016, and it was converted to chapter 7 on 09/19/2017.  The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/31/2020            By:/s/Nancy Hoffmeier Zamora, Esq.  (SBN 137326)
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Residential real property | 1110-000 | 950,000.00 |
| Residential real property | 1110-000 | 610,000.00 |
| Other personal property | 1129-000 | 2,000.00 |
| TOTAL GROSS RECEIPTS | | $1,562,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ben Hur Moving & Storage | | 10,000.00 | NA | NA | 0.00 |
| | Ocwen Loan Servicing, LLC | | 450,000.00 | NA | NA | 0.00 |
| | Select Portfolio Servicing, Inc. | | 1,041,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Barcelona Tower Inc | 4110-000 | NA | 30,250.00 | 30,250.00 | 30,250.00 |
| | Ocwen | 4110-000 | NA | 493,220.18 | 493,220.18 | 493,220.18 |
| | SPS | 4110-000 | NA | 831,162.61 | 831,162.61 | 831,162.61 |
| TOTAL SECURED CLAIMS | | | $1,501,000.00 | $1,354,632.79 | $1,354,632.79 | $1,354,632.79 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Nancy Hoffmeier Zamora | 2100-000 | NA | 70,110.00 | 70,110.00 | 23,279.71 |
| Nancy Hoffmeier Zamora | 2200-000 | NA | 6,785.22 | 6,785.22 | 2,253.00 |
| International Sureties, Ltd. | 2300-000 | NA | 68.28 | 68.28 | 68.28 |
| City One Locksmith | 2420-000 | NA | 1,146.00 | 1,146.00 | 1,146.00 |
| Excalibur Moving & Storage | 2420-000 | NA | 7,000.00 | 7,000.00 | 7,000.00 |
| Excalibur Van Lines | 2420-000 | NA | 5,272.00 | 5,272.00 | 5,272.00 |
| LADWP | 2420-000 | NA | 112.32 | 112.32 | 112.32 |
| Trustee Insurance Agency | 2420-000 | NA | 12,875.67 | 12,875.67 | 12,875.67 |
| U.S. Marshal | 2420-000 | NA | 3,248.60 | 3,248.60 | 3,248.60 |
| City of L.A. Sunshine Canyon Landfill | 2500-000 | NA | 248.46 | 248.46 | 248.46 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| City of Los Angeles | 2500-000 | NA | 7,020.00 | 7,020.00 | 7,020.00 |
| County of Los Angeles | 2500-000 | NA | 1,716.00 | 1,716.00 | 1,716.00 |
| Encore Escrow Company, Inc. | 2500-000 | NA | 4,100.00 | 4,100.00 | 4,100.00 |
| First American Title Company | 2500-000 | NA | 4,280.72 | 4,280.72 | 4,280.72 |
| Orrill's Auction | 2500-000 | NA | 982.50 | 982.50 | 982.50 |
| Roshni Nelson and Jeffrey Kelsey | 2500-000 | NA | 10,000.00 | 10,000.00 | 10,000.00 |
| Union Bank | 2600-000 | NA | 416.31 | 416.31 | 416.31 |
| UNITED STATES BANKRUPTCY COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| County of Los Angeles | 2820-000 | NA | 3,950.49 | 3,950.49 | 3,950.49 |
| Franchise Tax Board | 2820-000 | NA | 2,698.28 | 2,698.28 | 895.95 |
| Office of the United States Trustee | 2950-000 | NA | 975.00 | 975.00 | 975.00 |
| BRUTZKUS GUBNER | 3210-000 | NA | 110,660.50 | 110,660.50 | 36,744.32 |
| BRUTZKUS GUBNER | 3220-000 | NA | 3,525.62 | 3,525.62 | 1,170.67 |
| SLBIGGS, A division of SingerLewak | 3410-000 | NA | 3,600.00 | 3,600.00 | 1,195.36 |
| SLBIGGS, A division of SingerLewak | 3420-000 | NA | 198.31 | 198.31 | 65.85 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Douglas Elliman of California, Inc. | 3510-000 | NA | 15,250.00 | 15,250.00 | 15,250.00 |
| Rodeo Realty, Inc. | 3510-000 | NA | 62,750.00 | 62,750.00 | 62,750.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $339,340.28 | $339,340.28 | $207,367.21 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State Board of Equalization | | 0.00 | NA | NA | 0.00 |
| 2A | FRANCHISE TAX BOARD | 5800-000 | 0.00 | 1,647.36 | 1,647.36 | 0.00 |
| 1A | INTERNAL REVENUE SERVICE | 5800-000 | 0.00 | 2,322.62 | 2,322.62 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $3,969.98 | $3,969.98 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Title Insurance Co. | | 0.00 | NA | NA | 0.00 |
| | Department of Water & Power | | 4,000.00 | NA | NA | 0.00 |
| 8 | Antoinette Weed | 7100-000 | NA | 339,862.56 | 339,862.56 | 0.00 |
| 2B | FRANCHISE TAX BOARD | 7100-000 | NA | 48.00 | 48.00 | 0.00 |
| 1B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 321.71 | 321.71 | 0.00 |
| 4 | John Huynh | 7100-000 | NA | 240,000.00 | 240,000.00 | 0.00 |
| 3 | Philip D. Dapeer, A Law Corporation | 7100-000 | 60,000.00 | 36,127.81 | 36,127.81 | 0.00 |
| 9 | Nancy A Cueva | 7200-000 | NA | 250,000.00 | 250,000.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $64,000.00 | $866,360.08 | $866,360.08 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-11387 | GM | Judge: | Geraldine Mund | Trustee Name: | Nancy Hoffmeier Zamora, Esq.  (SBN 137326) |
|---|---|---|---|---|---|---|
| Case Name: | Real Estate Short Sales Inc | | | | Date Filed (f) or Converted (c): | 09/19/2017 (c) |
| | | | | | 341(a) Meeting Date: | 10/13/2017 |
| For Period Ending: | 10/31/2020 | | | | Claims Bar Date: | 01/11/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Bank accounts | 0.00 | 0.00 | | 0.00 | FA |
| 2.  Prepayments | 1,200.00 | 0.00 | | 0.00 | FA |
| 3.  Prepayments | 615.00 | 0.00 | | 0.00 | FA |
| 4.  Office furniture | 3,000.00 | 0.00 | | 0.00 | FA |
| 5.  Office furniture | 3,000.00 | 0.00 | | 0.00 | FA |
| 6.  Office fixtures | 500.00 | 0.00 | | 0.00 | FA |
| 7.  Office equipment | 2,000.00 | 0.00 | | 0.00 | FA |
| 8.  Machinery, fixtures, equip., bus. supplies, tools of trade | 150,000.00 | 0.00 | | 0.00 | FA |
| 9.  Residential real property | 2,000,000.00 | 0.00 | | 950,000.00 | FA |
| 10.  Residential real property | 700,000.00 | 0.00 | | 610,000.00 | FA |
| 11.  Bank accounts (u) | Unknown | 0.00 | | 0.00 | FA |
| 12.  Other personal property (u) | Unknown | 73,097.31 | | 2,000.00 | 71,097.31 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $2,860,315.00 | $73,097.31 | | $1,562,000.00 | $71,097.31 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

**PROPS. #2-#8, #11:**

Trustee investigated and evaluated assets for this converted case.  The DIP account had no funds for Debtor to turn over.  Trustee's auctioneer evaluated the office furniture and equipment.  Trustee determined that there is no net value to the Estate after costs of sale related to the office furniture and equipment.  All of the other personal property is owned by Debtor's principals, personally, not Debtor.

**PROPS. #9-#10:**

Trustee, with the assistance of Broker (defined  below), evaluated these residential real properties (collectively, the "Real Property") and listed them for sale.  In lieu of Trustee selling the Real Property, Nancy Cueva ("Cueva"), on behalf of Debtor, offered a settlement payment of $62,250.00 in exchange for Trustee's release of the Estate's interest in the Real Property to Debtor.  On December 15, 2017, Trustee filed and served a compromise motion seeking the Court's approval of this proposed settlement (the "Compromise Motion").  Creditor John Huynh opposed the Compromise Motion.  Trustee noticed a hearing on the Compromise Motion for January 23, 2018.  The Court granted the Compromise Motion at the hearing.  On February 5, 2018, the Court entered that certain order approving the Compromise Motion (the "First Compromise Order").  When Cueva failed to perform pursuant to the First Compromise Order, Trustee and Cueva negotiated a revised compromise (the "Revised Compromise") and Trustee filed a motion for the Court to approve the Revised Compromise (the "Revised Compromise Motion").  On March 26, 2018, the Court entered that certain order approving the Revised Compromise Motion (the "Second Compromise Order").  Cueva failed to perform pursuant to the Second Compromise Order.  Consequently, Trustee listed the Real Property for sale.  Trustee negotiated short sales of the Real Property with the respective lenders.  On November 6, 2018, the Court entered that certain order (the "Berendo Sale Order") approving Trustee's sale of the real property commonly known as 625 South Berendo Street, Unit #613, Los Angeles, California 90005 (the "Berendo Property").  On November 16, 2018, the sale of the Berendo Property closed.  On November 19, 2018, Trustee received and deposited the escrow check in the amount of $36,300.00 as allowed by the short sale approval and the Berendo Sale Order.  On December 4, 2018, the Court entered that certain order (the "Chatsworth Sale Order") approving Trustee's sale of the real property commonly known as 10351 Oklahoma Avenue, Chatsworth, California 91311 (the "Chatsworth Property").  On January 30, 2019, the sale of the Chatsworth Property closed.  On February 19, 2019, Trustee received a deposited a check in the amount of $50,000.00 for the balance of the Estate's distribution pursuant to the Chatsworth Sale Order.  Previously, on January 25, 2019, Trustee received an initial check in the amount of $10,000.00 as an early release of a portion of the Estate's distribution pursuant to the Chatsworth Sale Order.  Based on notices of appeal filed by Debtor, Cueva, and Julio Molica ("Molica") and other actions taken by these parties, Trustee engaged Counsel (defined below) to, among other things, defend the appeals, assist with closing of the sale escrow for the Chatsworth Property and related matters, prosecution of the order to show cause (the "OSC") that the Court issued against Debtor and Cueva, and seek the Court's removal of mechanic's liens recorded against the Chatsworth Property in January 2019.  On July 18, 2019, U.S. District Court Judge Dale Fischer dismissed the consolidated pending appeals.  On September 3, 2019, the Court entered that certain order holding Debtor and Cueva in contempt and awarding to Trustee a judgment against Cueva in the amount of $71,097.31.

Haya Sara Yavor, buyer of the Chatsworth Property ("Buyer"), improperly filed a complaint against Trustee in the state court.  Counsel, on behalf of Trustee, removed the state court action commencing adversary proceeding no. 1:19-ap-01064-GM.  Buyer filed an amended complaint and Trustee filed a motion to dismiss.  On August 28, 2019, Buyer dismissed the complaint pursuant to stipulation.

**PROP. #12:**

Based on the Court's order entered on January 29, 2019 and subsequent legal notice, Trustee caused certain personal property to be auctioned and the Estate recovered $2,000.00.  On September 3, 2019, the Court entered that certain order holding Cueva and Debtor in contempt and awarding a judgment against Cueva in the amount of $71,097.31.  Trustee, with the assistance of Counsel, recorded and filed Trustee's contempt judgment against Cueva in the amount of $71,097.31.  Trustee is reserving this asset for the benefit of the Estate when the TFR is submitted.

**GENERAL COMMENTS:**

On October 23, 2017, the Court entered that certain order approving Trustee's employment of SLBiggs & Co., a division of SingerLewak ("Biggs") as Estate accountant.  Biggs prepared and Trustee filed final Estate tax returns.  On December 11, 2017, the Court entered that certain order approving Trustee's employment of Rodeo Realty, Inc. as real estate broker ("Broker").  On Trustee reviewed the claims register and claims.  On February 15, 2019, the Court entered that certain order approving Trustee's employment of Brutzkus Gubner Rozansky Seror Weber LLP as Trustee's general counsel ("Counsel").  Trustee did not object to any claims because distributions will be limited to administrative claims including Court costs (to be paid in full), U.S. Trustee fees (to be paid in full), and administrative taxes (to be paid pro rata with the fees and expenses of Trustee and Trustee's professionals).  On June 12, 2020, Trustee prepared the TFR.

Exhibit 8

RE PROP #    1    --    Citibank Business Checking Account.
Exemption:  N/A.

RE PROP #    2    --    Prepayment for Insurance.
Exemption:  N/A.

RE PROP #    3    --    Installment Payment Chicago Title.
Exemption:  N/A.

RE PROP #    4    --    3 Desks, 8 Chairs, 2 Bookshelves, 1 Sofa (located at 6360 1/2 Van Nuys Boulevard,
Van Nuys, California).
Exemption:  N/A.

RE PROP #    5    --    Miscellaneous Office Furniture (located at 10351 Oklahoma Avenue, Chatsworth,
California).
Exemption:  N/A.

RE PROP #    6    --    Electrical.
Exemption:  N/A.

RE PROP #    7    --    3 Computers, 3 Printers, 2 Laptops (located at 6360 1/2 Van Nuys Boulevard, Van
Nuys, California).
Exemption:  N/A.

RE PROP #    8    --    Home Furniture in storage due to water damage.
Lien:  $10,000.00.
Exemption:  N/A.

RE PROP #    9    --    10351 Oklahoma Avenue, Chatsworth, California.
Lien(s):  $1,586,605.00.
Exemption:  N/A.

RE PROP #    10   --    625 South Berendo Street, Unit 613, Los Angeles, California.
Lien(s):  $613,760.00.
Exemption:  N/A.

RE PROP #    11   --    DIP bank account.
Exemption:  N/A.

RE PROP #    12   --    Recovery from auction of personal property and contempt judgment.
Exemption:  N/A.

Initial Projected Date of Final Report (TFR): 04/30/2019          Current Projected Date of Final Report (TFR): 06/12/2020

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-11387 | |
| Case Name: Real Estate Short Sales Inc | |
| | Trustee Name: Nancy Hoffmeier Zamora, Esq.  (SBN 137326) |
| | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX2959 |
| | Checking |
| Taxpayer ID No: XX-XXX1972 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/31/2020 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/14/17 | 11 | Real Estate Short Sales, Inc. | Balance of Debtor's Bank Account | 1229-000 | $48.00 | | $48.00 |
| 11/02/17 | 11 | Real Estate Short Sales, Inc. | Balance of Debtor's Bank Account Reversal NSF check | 1229-000 | ($48.00) | | $0.00 |
| 04/03/18 | 9 | Nancy Amparo Cueva 10351 Oklahoma Avenue Chatsworth, CA 91311-2465 | SETTLEMENT PAYMENT | 1110-000 | $10,000.00 | | $10,000.00 |
| 04/03/18 | 1001 | Rodeo Realty, Inc. | Broker Commission Paid per order entered March 26, 2018 | 3510-000 | | $2,520.00 | $7,480.00 |
| 04/07/18 | 1001 | Rodeo Realty, Inc. | Broker Commission Reversal Paid per order entered March 26, 2018 | 3510-000 | | ($2,520.00) | $10,000.00 |
| 04/10/18 | 9 | Nancy Amparo Cueva 10351 Oklahoma Avenue Chatsworth, CA 91311-2465 | SETTLEMENT PAYMENT Reversal returned check | 1110-000 | ($10,000.00) | | $0.00 |
| 11/19/18 | | Encore Escrow Company, Inc. 23901 Calabasas Road, Suite 1033 Calabasas, CA 91302 | Sale of Real Property | | $36,300.00 | | $36,300.00 |
| | | | Gross Receipts    $610,000.00 | | | | |
| | | Ocwen | First Deed of Trust    ($493,220.18) | 4110-000 | | | |
| | | Rodeo Realty, Inc. | Broker Commission    ($15,250.00) | 3510-000 | | | |
| | | Douglas Elliman of California, Inc. | Broker Commission    ($15,250.00) | 3510-000 | | | |
| | | Barcelona Tower Inc c/o Jill L Kim 3700 Wilshire Blvd Ste 260 Los Angeles, CA 90010 | HOA Lien    ($30,250.00) | 4110-000 | | | |
| | | County of Los Angeles | Real Property Taxes    ($2,734.60) | 2820-000 | | | |
| | | First American Title Company | Title Charges    ($1,844.22) | 2500-000 | | | |

| | | | | Page Subtotals: | $36,300.00 | $0.00 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 16-11387
Case Name: Real Estate Short Sales Inc

Taxpayer ID No: XX-XXX1972
For Period Ending: 10/31/2020

Trustee Name: Nancy Hoffmeier Zamora, Esq.  (SBN 137326)
Bank Name: Union Bank
Account Number/CD#: XXXXXX2959
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Encore Escrow Company, Inc. | Escrow fees | ($1,735.00) | 2500-000 | | | |
| | | County of Los Angeles | Real Property Transfer Tax | ($671.00) | 2500-000 | | | |
| | | City of Los Angeles | Real Property Transfer Tax | ($2,745.00) | 2500-000 | | | |
| | | Roshni Nelson and Jeffrey Kelsey | Buyers' Credit | ($10,000.00) | 2500-000 | | | |
| | 10 | | Residential real property | $610,000.00 | 1110-000 | | | |
| 12/19/18 | 1002 | U.S. Marshal | U.S. Marshal Fee Paid per order/writ entered December 19, 2018 | 2420-000 | | $1,500.00 | $34,800.00 |
| 12/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.40 | $34,782.60 |
| 01/17/19 | 1003 | City One Locksmith P.O. Box 375 North Hollywood, CA 91603 | Locksmith charges Paid per Writ of Execution entered December 19, 2018 Invoice 2006352 dated January 12, 2019 | 2420-000 | | $1,146.00 | $33,636.60 |
| 01/25/19 | 9 | Encore Escrow Company, Inc. 23901 Calabasas Road, Suite 1033 Calabasas, CA 91302 | Sale of Real Property | 1110-000 | $10,000.00 | | $43,636.60 |
| 01/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.59 | $43,583.01 |
| 01/25/19 | | Excalibur Moving & Storage | Moving and Storage Costs Paid per Writ entered December 19, 2019 (cashier's check approved by UST) | 2420-000 | | $7,000.00 | $36,583.01 |
| 02/11/19 | 1004 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond Premium 1/4/19-1/4/20 bond #016030867 | 2300-000 | | $18.76 | $36,564.25 |
| 02/19/19 | | Encore Escrow Company, Inc. 23901 Calabasas Road, Suite 1033 Calabasas, CA 91302 | Sale of Real Property | | $50,000.00 | | $86,564.25 |
| | | | Page Subtotals: | | $60,000.00 | $9,735.75 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-11387 | | | Trustee Name: | Nancy Hoffmeier Zamora, Esq.  (SBN 137326) |
|---|---|---|---|---|---|
| Case Name: | Real Estate Short Sales Inc | | | Bank Name: | Union Bank |
| | | | | Account Number/CD#: | XXXXXX2959 |
| | | | | | Checking |
| Taxpayer ID No: | XX-XXX1972 | | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/31/2020 | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Gross Receipts | $940,000.00 | | | | |
| | | SPS | First Deed of Trust | ($831,162.61) | 4110-000 | | | |
| | | Rodeo Realty, Inc. | Broker Commission | ($47,500.00) | 3510-000 | | | |
| | | First American Title Company | Title Charges | ($2,436.50) | 2500-000 | | | |
| | | City of Los Angeles | Transfer Tax | ($4,275.00) | 2500-000 | | | |
| | | County of Los Angeles | Transfer Tax | ($1,045.00) | 2500-000 | | | |
| | | County of Los Angeles | Real Property Tax | ($1,215.89) | 2820-000 | | | |
| | | Encore Escrow Company, Inc. | Escrow Fees | ($2,365.00) | 2500-000 | | | |
| | 9 | | Residential real property | $940,000.00 | 1110-000 | | | |
| 02/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $51.03 | $86,513.22 |
| 02/26/19 | 1005 | U.S. Marshal | U.S. Marshal Fee Paid per order/writ entered December 19, 2018 | | 2420-000 | | $1,748.60 | $84,764.62 |
| 03/09/19 | 1006 | LADWP | Utilities closing bill for 625 S. Berendo, Unit 613, Los Angeles, CA 90005; account no. 541 436 5189; Paid per order entered March 8, 2019 | | 2420-000 | | $112.32 | $84,652.30 |
| 03/09/19 | 1007 | Trustee Insurance Agency 2813 West Main Kalamazoo, MI  49006 | Insurance Premium Statement 3547 for 625 S. Berendo, Unit 613, Los Angeles, CA 90005; Paid per order entered March 8, 2019 | | 2420-000 | | $2,194.77 | $82,457.53 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Page Subtotals:                                              $0.00          $4,106.72

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 16-11387
Case Name: Real Estate Short Sales Inc

Trustee Name: Nancy Hoffmeier Zamora, Esq.  (SBN 137326)
Bank Name: Union Bank
Account Number/CD#: XXXXXX2959
Checking

Taxpayer ID No: XX-XXX1972
For Period Ending: 10/31/2020

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/09/19 | 1008 | Trustee Insurance Agency 2813 West Main Kalamazoo, MI 49006 | Insurance Premium Invoice #11438 for 10351 Oklahoma Street, Chatsworth, CA 91311; Paid per order entered March 8, 2019 | 2420-000 | | $10,046.97 | $72,410.56 |
| 03/09/19 | 1009 | Trustee Insurance Agency 2813 West Main Kalamazoo, MI 49006 | Insurance Premium Invoice #11336 for personal property at 10351 Oklahoma Street, Chatsworth, CA 91311 moved 1/30/19 to storage facility at 9644 Lurline Avenue, Chatsworth, CA 91311; Paid per order entered March 8, 2019 | 2420-000 | | $633.93 | $71,776.63 |
| 03/23/19 | 1005 | U.S. Marshal | U.S. Marshal Fee Reversal Paid per order/writ entered December 19, 2018 | 2420-000 | | ($1,748.60) | $73,525.23 |
| 03/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $70.66 | $73,454.57 |
| 03/26/19 | 1010 | U.S. Marshal | U.S. Marshal Fee Paid per order/writ entered December 19, 2018 | 2420-000 | | $1,748.60 | $71,705.97 |
| 03/26/19 | 1011 | Excalibur Van Lines 9644 Lurline Avenue Chatsworth, CA 91311 | STORAGE COSTS Paid per order/writ entered December 19, 2018 Invoice #279850 storage 3/2/19 0 4/1/19 | 2420-000 | | $1,225.00 | $70,480.97 |
| 04/10/19 | 1012 | Excalibur Van Lines 9644 Lurline Avenue Chatsworth, CA 91311 | Moving and Storage Costs Paid per order/writ entered December 19, 2018 cost to move personal property to Orill's Auctions for statutory sale | 2420-000 | | $3,190.00 | $67,290.97 |
| 04/16/19 | 1013 | Excalibur Van Lines 9644 Lurline Avenue Chatsworth, CA 91311 | STORAGE COSTS Paid per order/writ entered December 19, 2018 Invoice #279850 storage 4/2/19 - 4/22/19 (pro-rated for 21 days) | 2420-000 | | $857.00 | $66,433.97 |

Page Subtotals: $0.00   $16,023.56

UST Form 101-7-TDR (10/1/2010) (Page: 14)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: 16-11387 | | | Trustee Name: Nancy Hoffmeier Zamora, Esq. (SBN 137326) |
| Case Name: Real Estate Short Sales Inc | | | Bank Name: Union Bank |
| | | | Account Number/CD#: XXXXXX2959 |
| | | | Checking |
| Taxpayer ID No: XX-XXX1972 | | | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/31/2020 | | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $124.79 | $66,309.18 |
| 05/13/19 | | Orrill's Auction Services, LLC 12457 Gladstone Ave. Suite K Sylmar, CA 91352 | Receipts from auction of occupants' personal property | | | $769.04 | | $67,078.22 |
| | | | Gross Receipts | $2,000.00 | | | | |
| | | City of L.A. Sunshine Canyon Landfill 14747 San Fernando Road Sylmar, CA 91342 | Disposal Fee | ($248.46) | 2500-000 | | | |
| | | Orrill's Auction 12457 Gladstone Avenue, Units J & K Sylmar, CA 91342 | auction fee, advertisement, labor | ($982.50) | 2500-000 | | | |
| | 12 | | Other personal property | $2,000.00 | 1129-000 | | | |
| 05/28/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $98.84 | $66,979.38 |
| 12/19/19 | | Transfer to Acct # xxxxxx0059 | Transfer of Funds | | 9999-000 | | $66,979.38 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $97,069.04 | $97,069.04 |
| Less: Bank Transfers/CD's | | $0.00 | $66,979.38 |
| Subtotal | | $97,069.04 | $30,089.66 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $97,069.04 | $30,089.66 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

| Page Subtotals: | $769.04 | $67,203.01 |
|---|---|---|

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-11387 | Trustee Name: Nancy Hoffmeier Zamora, Esq. (SBN 137326) |
| Case Name: Real Estate Short Sales Inc | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0059 |
| | Checking |
| Taxpayer ID No: XX-XXX1972 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/31/2020 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/19/19 | | Transfer from Acct # xxxxxx2959 | Transfer of Funds | 9999-000 | $66,979.38 | | $66,979.38 |
| 01/17/20 | 2001 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond Premium Bond #016030867 term 1/4/20 - 1/4/21 | 2300-000 | | $49.52 | $66,929.86 |
| 09/02/20 | 2002 | Nancy Hoffmeier Zamora U.S. Bank Tower, 633 W. 5th Street, Suite 2600 Los Angeles, CA 90071 | Final distribution creditor account # representing a payment of 33.65 % per court order. Paid per order entered September 1, 2020 | 2100-000 | | $23,279.71 | $43,650.15 |
| 09/02/20 | 2003 | Nancy Hoffmeier Zamora U.S. Bank Tower, 633 W. 5th Street, Suite 2600 Los Angeles, CA 90071 | Final distribution creditor account # representing a payment of 33.65 % per court order. Paid per order entered September 1, 2020 | 2200-000 | | $2,253.00 | $41,397.15 |
| 09/02/20 | 2004 | UNITED STATES BANKRUPTCY COURT San Fernando Valley Division 21041 Burbank Boulevard Woodland Hills, CA 91367 | Final distribution representing a payment of 100 % per court order. Paid per order entered September 1, 2020 | 2700-000 | | $350.00 | $41,047.15 |
| 09/02/20 | 2005 | Franchise Tax Board Bankruptcy Section MS A340 P.O. Box 2952 Sacramento CA 95812-2952 | Final distribution to claim 6 creditor account # representing a payment of 33.65 % per court order. Paid per order entered September 1, 2020 | 2820-000 | | $895.95 | $40,151.20 |
| 09/02/20 | 2006 | Office of the United States Trustee 915 Wilshire Blvd., Suite 1850 Los Angeles, Ca 90017 | Final distribution representing a payment of 100 % per court order. Paid per order entered September 1, 2020 | 2950-000 | | $975.00 | $39,176.20 |
| 09/02/20 | 2007 | BRUTZKUS GUBNER 21650 Oxnard Street, Suite 500 Woodland Hills, CA 91367 | Final distribution creditor account # representing a payment of 33.65 % per court order. Paid per order entered September 1, 2020 | 3210-000 | | $36,744.32 | $2,431.88 |

| | | | Page Subtotals: | | $66,979.38 | $64,547.50 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-11387
Case Name: Real Estate Short Sales Inc

Taxpayer ID No: XX-XXX1972
For Period Ending: 10/31/2020

Trustee Name: Nancy Hoffmeier Zamora, Esq.  (SBN 137326)
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0059
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/02/20 | 2008 | BRUTZKUS GUBNER 21650 Oxnard Street, Suite 500 Woodland Hills, CA  91367 | Final distribution creditor account # representing a payment of 33.65 % per court order. Paid per order entered September 1, 2020 | 3220-000 | | $1,170.67 | $1,261.21 |
| 09/02/20 | 2009 | SLBIGGS, A division of SingerLewak 10960 Wilshire Blvd., 7th Floor Los Angeles, CA  90024 Attn:  Samuel R. Biggs | Final distribution creditor account # representing a payment of 33.65 % per court order. Paid per order entered September 1, 2020 | 3410-000 | | $1,195.36 | $65.85 |
| 09/02/20 | 2010 | SLBIGGS, A division of SingerLewak 10960 Wilshire Blvd., 7th Floor Los Angeles, CA  90024 Attn:  Samuel R. Biggs | Final distribution creditor account # representing a payment of 33.65 % per court order. Paid per order entered September 1, 2020 | 3420-000 | | $65.85 | $0.00 |

|  | | | | | |
|---|---|---|---|---|---|
| | COLUMN TOTALS | $66,979.38 | $66,979.38 | | |
| | Less: Bank Transfers/CD's | $66,979.38 | $0.00 | | |
| | Subtotal | $0.00 | $66,979.38 | | |
| | Less: Payments to Debtors | $0.00 | $0.00 | | |
| | Net | $0.00 | $66,979.38 | | |

Page Subtotals:                    $0.00          $2,431.88

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0059 - Checking | $0.00 | $66,979.38 | $0.00 |
| XXXXXX2959 - Checking | $97,069.04 | $30,089.66 | $0.00 |
| | $97,069.04 | $97,069.04 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $1,464,930.96 |
| Total Net Deposits: | $97,069.04 |
| Total Gross Receipts: | $1,562,000.00 |

Page Subtotals:                                    $0.00          $0.00